**In re Frank TOPPO.**

No. 2013–1077.

United States Court of Appeals, Federal Circuit.

June 13, 2013.

Sean A. Passino, Lowe Hauptman, Ham & Berner, LLP, of Alexandria, VA, argued for appellant. With him on the brief were Benjamin J. Hauptman and Benjamin P. Kota.

Amy J. Nelson, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With her on the brief were Nathan K. Kelley,

Deputy Solicitor, and Jamie L. Simpson, Associate Solicitor.

PROST, BRYSON, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**